STATE OF NEW JERSEY v. MICHAEL W. CROCK.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBINSON IRIZARRY.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LEO J. SMITH.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ERWIN BRIDGES.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RAFAEL GONZALEZ.

October 26, 1982.

Petition for certification denied.